# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| HEE-SUNG IM,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>FEDERATED MUTUAL<br>INSURANCE COMPANY, a registered corporation,<br><br>　　　　　　Defendant. | CASE NO. C19-1011 MJP<br><br>ORDER GRANTING STIPULATED MOTION FOR CONTINUANCE OF PERIOD FOR FIRST APPEARANCE OF DEFENDANT FEDERATED MUTUAL INSURANCE COMPANY |

Defendant Federated Mutual Insurance Company (hereafter "Defendant") by and through the stipulation of Plaintiff, moves for a ten (10) day extension on the date for Defendant's first appearance such that Defendant's first appearance will be due by July 15, 2019.  Defendants do not waive any defenses, including but not limited to Venue, Jurisdiction, Statute of Limitation or any other defense that may be available based on the filing of this motion.

　　　IT IS SO ORDERED.

1  The clerk is ordered to provide copies of this order to all counsel.

2  Dated July 9, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge